JOSEPH VERHALLEN ET AL. *v.* VINCENT LAVEOCHIA.

1. AUTHENTICATION OF RECORDS. *Judgments of other state. Revised statutes of the United States, sec. 905. Code 1892, appendix, p. 987.*

   The certificate of an Illinois justice of the peace to a transcript of a judgment rendered by him that "the foregoing is a true and correct transcript of the judgment given by me in the above entitled suit, and that said transcript, and the papers herewith accompanying, contain a full and perfect statement of all the proceedings before me in the above entitled cause," is insufficient to entitle the transcript to be admitted in evidence in this state, the accompanying papers not being identified.

2. SAME.

   Strict adherence to the act of congress touching the authentication of judicial records is important.

FROM the circuit court of Warren county.

HON. PATRICK HENRY, Judge.

Verhallen and another, appellants, were plaintiffs in the court below; Laveochia, appellee, was defendant there. The suit was an action upon a judgment rendered by a justice of the peace in Illinois against appellee. Plaintiffs filed as an exhibit to their declaration what purported to be a transcript of the record from the docket of the justice of the peace, and some loose papers. This transcript was the only evidence offered of the judgment on which the suit was brought. After plaintiffs had completed their testimony, the defendant moved to exclude the evidence, and for an instruction for defendant, which motion was granted by the court, and there were a verdict and a judgment accordingly. From this judgment, plaintiffs appealed to the supreme court.

*E. L. Mounger* and *S. S. Hudson*, for appellant.

The record and judgment of the Illinois justice of the peace is properly certified under the act of congress upon the subject. This court will take judicial knowledge of the laws of other states. As required by the laws of Illinois, the judgment was certified by the justice of the peace to the circuit court of his county, and thereby became a judgment of that court. The transcript involved here is certified by the presiding judge and by the clerk of the court, and is competent, even if the original certificate of the justice of the peace be defective. Revised Statutes of Illinois, 1880, ch. 79, sec. 95.

*Shelton & Brunini*, for appellee.

The certificate of the Illinois justice of the peace is fatally defective. There is nothing to show what are "the papers herewith accompanying," to which the certifying magistrate refers.

CALHOON, J., delivered the opinion of the court.

It is to be noted that by the law of Illinois (1 Starr & C.

Ann. St., p. 1082, § 17) it is provided as follows: "The proceedings and judgment before justices of the peace may be proved by a certified copy thereof," etc. Under this, it must be a certified copy of the whole record, " so that the court may determine the legal effect of the whole of it, which may be quite different from that of a part." *Vail* v. *Iglehart*, 69 Ill., 335. The importance of strict adherence to the act of congress on the authentication of records is quite apparent. This record shows an action in Mississippi on a judgment of a justice of the peace in Illinois. The justice certifies that " the foregoing is a true and correct transcript of the judgment given by me in the above entitled suit, and that said transcript and the papers herewith accompanying contain a full and perfect statement of all the proceedings before me in the above entitled cause." This is insufficient. What are the papers " herewith accompanying ? " *Non constat* but they would show the whole thing a nullity.

*Affirmed.*